JAMES PATRICK SHEA, ESQ.
Nevada Bar No. 405
SCOTT D. FLEMING, ESQ.
Nevada Bar No. 5638
KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:    jshea@klnevada.com
           sfleming@klnevada.com

Attorneys for Defendant/Counter-claimant
CITY NATIONAL BANK

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
TEL: (702) 362-7800 / FAX: (702) 362-9472

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

MARCO MONTENEGRO,

     Plaintiff,

vs.

CITY NATIONAL BANK, a foreign banking corporation; DOES I-X, ROE COMPANIES X through XX, inclusive,

     Defendants.

CITY NATIONAL BANK, a national banking association,

     Counter-claimant,

vs.

MARCO MONTENEGRO, an individual; DOE DEFENDANTS XI through XX, inclusive; and ROE CORPORATIONS XXI through XXX, inclusive,

     Counter-defendants.

CASE NO. 2:18-cv-01619-KJD-BNW

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Plaintiff/Counter-defendant Marco Montenegro, by and through his attorney Sean J. Akari, Esq. of the Akari Law Firm, that this mater, including all claims and counterclaims, be dismissed with prejudice.

IT IS FURTHER STIPULATED that each party will bear his/its own attorneys' fees and costs associated with this matter.

IT IS FURTHER STIPULATED that the Joint Status Report, Pretrial Disclosures and Joint Pretrial Order be taken off this Court's calendar.

Dated this 6th day of Sept., 2019.　　　　Dated this 6 day of Sep, 2019.

AKARI LAW FIRM　　　　　　　　　　KOLEAR & LEATHAM

SEAN J. AKARI, ESQ.
Nevada Bar No. 13300
3355 W. Spring Mountain Road, Suite 20
Las Vegas, NV 89102
Telephone: (702) 362-0052
Facsimile: (702) 767-2167
Email: sean@akarilaw.com

*Attorneys for Plaintiff/Counter-defendant*
*Marco Montenegro*

JAMES PATRICK SHEA, ESQ.
Nevada Bar No. 405
SCOTT D. FLEMING, ESQ.
Nevada Bar No. 5638
400 South Rampart Blvd., Suite 400
Las Vegas, NV 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
Email: jshea@klnevada.com
　　　　sfleming@klnevada.com

*Attorneys for Defendant/Counter-claimant*
*City National Bank*

## ORDER

Based on the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that the above-entitled matter is DISMISSED with prejudice.

_____
UNITED STATES DISTRICT JUDGE

Dated: ___September 13___, 2019

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
TEL.: (702) 362-7800 / FAX: (702) 362-9472